# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-1187**  **September Term, 2023**
FILED ON: AUGUST 27, 2024

BEYOND NUCLEAR, INC.,
    PETITIONER

v.

U.S. NUCLEAR REGULATORY COMMISSION AND UNITED STATES OF AMERICA,
    RESPONDENTS

FASKEN LAND AND MINERALS, LTD., ET AL.,
    INTERVENORS

---

Consolidated with 20-1225, 21-1104, 21-1147

On Petitions for Review of Orders
of the Nuclear Regulatory Commission

Before: RAO, WALKER, and GARCIA, *Circuit Judges*

### J U D G M E N T

These causes came to be heard on the petitions for review of orders of the Nuclear Regulatory Commission and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be denied, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/

Daniel J. Reidy
Deputy Clerk

Date: August 27, 2024

Opinion for the court filed by Circuit Judge Rao.