# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 20-1187** | **September Term, 2024** |
| | NRC-CLI-20-04 |
| | **Filed On:** August 5, 2025 |

Beyond Nuclear, Inc.,

    Petitioner

    v.

U.S. Nuclear Regulatory Commission and
United States of America,

    Respondents

------------------------------

Fasken Land and Minerals, Ltd., et al.,
    Intervenors

------------------------------

Consolidated with 20-1225, 21-1104, 21-1147

    **BEFORE:**    Rao, Walker, and Garcia, Circuit Judges

## O R D E R

  Upon consideration of the joint motion to remove the petitions from abeyance and Beyond Nuclear Inc.'s petition for panel rehearing filed on October 11, 2024, it is

  **ORDERED** that the joint motion be granted. It is

  **FURTHER ORDERED** that the petition be denied.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                  Daniel J. Reidy
                  Deputy Clerk