# United States Court of Appeals
### For The District of Columbia Circuit

———————

**No. 20-1187**    **September Term, 2024**

NRC-CLI-20-04

**Filed On:** August 5, 2025

Beyond Nuclear, Inc.,

    Petitioner

    v.

U.S. Nuclear Regulatory Commission and
United States of America,

    Respondents

------------------------------

Fasken Land and Minerals, Ltd., et al.,
    Intervenors

------------------------------

Consolidated with 20-1225, 21-1104, 21-1147


**BEFORE:**  Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

### O R D E R

Upon consideration of the joint motion to remove the petitions from abeyance, Beyond Nuclear Inc.'s petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the joint motion be granted.  It is

**FURTHER ORDERED** that the petition be denied.

### Per Curiam

    FOR THE COURT:
    Clifton B. Cislak, Clerk

BY:  /s/
    Daniel J. Reidy
    Deputy Clerk